Lavale SMITH, Appellant,

v.

MISSOURI DIVISION OF EMPLOY-
MENT SECURITY, and Labor and In-
dustrial Relations Commission of Mis-
souri, Respondents,

and Comb Co., d/b/a Comb Liquidation
Store, Defendant.

No. WD 40464.

Missouri Court of Appeals,
Western District.

Nov. 22, 1988.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Dec. 27, 1988.

Application to Transfer Denied
Feb. 14, 1989.

Samuel I. McHenry of Legal Aid of
Western Missouri, Kansas City, for appel-
lant.

Sharon A. Willis, Kansas City, Sandy
Bowers, Jefferson City, for Missouri Div.
of Employment Sec.

Catherine J. Barrie, Jefferson City, for
Labor & Indus. Relations Com'n. of Mis-
souri.

. Before FENNER, P.J., and
MANFORD and GAITAN, JJ.

### ORDER

PER CURIAM:

Direct appeal from a judgment denying
unemployment benefits. Judgment af-
firmed. Rule 84.16(b).